**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 00-7316**

─────────

UNITED STATES OF AMERICA,

　　　　　　　　　　　　　　　Plaintiff - Appellee,

　　　versus

ANTHONY LEMUEL JONES, JR.,

　　　　　　　　　　　　　　　Defendant - Appellant.

─────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, District Judge. (CR-97-343, CA-99-793-3)

─────────

Submitted:  December 5, 2000　　　Decided:  January 8, 2001

─────────

Before WIDENER, MOTZ, and KING, Circuit Judges.

─────────

Dismissed by unpublished per curiam opinion.

─────────

Anthony Lemuel Jones, Jr., Appellant Pro Se.  John Staige Davis, V, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony Lemuel Jones, Jr., seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability, deny Jones' motion for appointment of counsel, and dismiss the appeal on the reasoning of the district court. See United States v. Jones, Nos. CR-97-343; CA-99-793-3 (E.D. Va. June 27, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED